IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VARIOUS PLAINTIFFS

v.

VARIOUS DEFENDANTS

:
:
:
:
:
:
:
:
:

CONSOLIDATED UNDER
MDL 875

**FILED**

JAN - 4 2010

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

O R D E R

**AND NOW**, this **28th** day of **December, 2009**, it is hereby

**ORDERED** that all claims against all the viable defendants in the

cases listed in Exhibit "A", attached, are **DISMISSED** pursuant to

Federal Rule of Civil Procedure 41(a)(2).

AND IT IS SO ORDERED.

_____

EDUARDO C. ROBRENO, J.